Wade M. Hansard, # 76676
Annette A. Ballatore-Williamson, # 192176
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
INSURANCE CORPORATION OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, SACRAMENTO DIVISION

| | |
|---|---|
| KERRY MEEKER dba MEEKER CONSTRUCTION,<br><br>            Plaintiff,<br><br>     v.<br><br>THE INSURANCE CORPORATION OF NEW YORK; and DOES 1 - 100, inclusive,<br><br>            Defendants. | Case No.  CIV S 04 1096 WBS DAD<br><br>**NOTICE TO VACATE JULY 5, 2005 PRETRIAL SETTLEMENT CONFERENCE** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant, INSURANCE CORPORATION OF NEW

///

///

///

///

///

///

///

YORK ("INSCORP"), and Plaintiff, KERRY MEEKER dba MEEKER CONSTRUCTION, presently have a pending settlement agreement and therefore request that this Court vacate the pretrial conference scheduled for July 5, 2005.

Dated: June 30, 2005

                    McCORMICK, BARSTOW, SHEPPARD
                    WAYTE & CARRUTH LLP

By: /s/ Annette A. Ballatore-Williamson
      Wade M. Hansard
      Annette A. Ballatore-Williamson
      Attorneys for Defendant
      INSURANCE CORPORATION OF NEW YORK

Dated: June 24, 2005

THE SCHARF LAW FIRM

By /s/ Robert W. Scharf
    Robert W. Scharf
    Attorney for Plaintiff

     IT IS SO ORDERED.  If for any reason the settlement is not consummated, the parties shall take the necessary steps to have the matter reset for pretrial conference and trial.

Dated: June 30, 2005

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

42388/00019-837213.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
NOTICE TO VACATE PRETRIAL CONFERENCE